UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT LEON BEANE, JR., ) | |
|         Petitioner, ) | |
| ) | No. 1:15-cv-57 |
| -v- ) | |
| ) | Honorable Paul L. Maloney |
| BONITA HOFFNER, ) | |
|         Respondent. ) | |
| ) | |

# JUDGMENT

The Court has denied Beane's petition for habeas relief filed under § 2254. As all pending claims have been resolved, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: August 28, 2017                        /s/ Paul L. Maloney
                                                                                          Paul L. Maloney
                                                                                          United States District Judge